UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN RE: | CASE # 13-10546 BKT |
|---|---|
| JOSE D. CORIANO GARCIA | |
| DEBTOR | CHAPTER 13 |

## MOTION TO AMEND SCHEDULE A

**TO THE HONORABLE COURT:**

**COMES NOW,** Debtor through the undersigned attorney and respectfully requests and prays as follows:

1. Debtor filed a Chapter 13 petition on December 19th 2013, for which the plan was confirmed.

2. Debtor is amending the Schedule A in order to comply with the Trustee's indications at docket # 33. **Enclosed, copy of the amended schedule.**

**WHEREFORE,** Debtor respectfully prays to this Honorable Court to allow the referred amended schedule, with any additional remedies that in accordance to law, this Honorable Court deems just and proper.

**I HEREBY CERTIFY** that a copy of this motion has been electronically filed with the Clerk of the Bankruptcy Court using CM/ECF system which will forward a copy of the same to the office of Jose R. Carrion Morales, Esq. Chapter 13 Trustee and to all creditors and parties in interest as per the Master Address List.

1

**THAT NOTICE OF THE FOLLOWING HAS BEEN GIVEN:**
Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this **MOTION** has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

In Caguas, Puerto Rico, this 25th day of October, 2014.

**GRATACOS LAW FIRM, P.S.C.**

PO BOX 7571
CAGUAS, PUERTO RICO 00726
PHONE: (787)746-4772
FAX: (787)746-3633
EMAIL: bankruptcy@gratacoslaw.com

/s/ Victor Gratacós Díaz (127906)

B6A (Official Form 6A) (12/07)

IN RE CORIANO GARCIA, JOSE DAVID  Case No. 3:13-bk-10546
　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| PARTICIPATION IN THE ESTATE OF ISRAEL CORIANO AND GENOVEVA GARCIA. THE ESTATE IS COMPOSE OF A TWO STORY RESIDENTIAL HOUSE LOCATED AT BONNEVILLE TERRACE CALLE 2 #A-32, CAGUAS. PUERTO RICO FIRST FLOOR IS EMPTY AND THE SECOND FLOOR IS WHERE DEBTOR RESIDES. CATASTRAL # 225-084-560-32-001 THIS HOUSE WILL BE DIVIDED WITH 2 HEIRS. THE SAME IS DEBTOR'S RESIDENTIAL HOUSE. THIS PROPERTY WORTH $104,750.00 AND AFTER DEDUCTING THE CLOSING COST (10%) AND ATT FEE INHERITANCE LIQUIDATION (20%) AND CAPITAL GAIN TAX (10%) IT REDUCES THE NET EQUITY IN THE PROPERTY TO $61,200.00 WHICH WILL BE DIVIDED WITH 2 HEIRS LEAVING AN INTEREST OF $30, 600.00 | RESIDENTIAL HOUSE | | 30,600.00 | 0.00 |
| | | TOTAL | 30,600.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE CORIANO GARCIA, JOSE DAVID                                   Case No. **3:13-bk-10546**
                    Debtor(s)                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**16** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 25, 2014**            Signature: */s/ JOSE D CORIANO GARCIA*
                                                  JOSE D CORIANO GARCIA                          Debtor

Date: _____           Signature: _____
                                                             (Joint Debtor, if any)
                                                  [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____           Signature: _____

                                                  (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*